DEREK BENTSEN (Cal. Bar No. 232550)
Email: bentsend@sec.gov
EDWARD B. GERARD (Cal. Bar No. 248053)
Email: gerarde@sec.gov
MATTHEW B. REISIG (NY Bar No. 4898094)
Email: reisigm@sec.gov
100 F Street, N.E.
Washington, DC 20549
Telephone: (202) 551-6426 (Bentsen)
Facsimile: (202) 772-9282 (Bentsen)

LOCAL COUNSEL
DONALD SEARLES (Cal Bar. No. 135705)
Email: searlesd@sec.gov
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-4573
Facsimile: (213) 443-1904

Attorneys for Plaintiff
Securities and Exchange Commission

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TAYLOR WOODS and HOWARD WU,<br><br>　　　　Defendants. | Case No. 2:24-cv-06633-HDV-RAO<br><br>**Hon. Hernán D. Vera**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF PRETRIAL AND TRIAL DATES**<br><br>Trial Date: February 10, 2026<br>Time: 9:00 a.m.<br>Ctrm: 5B |

The Plaintiff, Securities and Exchange Commission ("SEC") and the Defendants Taylor Woods and Howard Wu hereby stipulate and agree as follows:

WHEREAS, the SEC filed its Complaint initiating this action on August 6, 2024

1  (Dkt. No. 1).

2       WHEREAS, the Defendants waived service of the Complaint and accordingly
3  their answers were due on October 7, 2024.

4       WHEREAS, on October 7, 2024, Defendant Howard Wu filed his Answer and
5  Defendant Taylor Woods filed a Stipulation To Extend Time to Respond to the
6  Complaint By Not More than 30 Days pursuant to Local Rule 8-3 (Dkt. Nos. 9 & 10).

7       WHEREAS, on November 4, 2024, Defendant Taylor Woods moved to Extend
8  Time to Answer Complaint, and To Stay Proceedings While Related Criminal Case is
9  Pending in lieu of answering (Dkt. No. 17).

10      WHEREAS, on December 12, 2024, the Court stayed this matter and set a status
11 conference for February 13, 2024 (Dkt. No. 26).

12      WHEREAS, the Court ordered the Scheduling Conference to be heard
13 concurrently with the status conference (Dkt. No. 27).

14      WHEREAS, at the Scheduling/Status Conference, the Court approved the filing of
15 a stipulation regarding an extension of time for Defendant Taylor Woods to file an
16 Answer (Dkt. No. 33).

17      WHEREAS, the parties stipulated and the Court ordered Defendant Taylor Woods
18 to file an Answer by February 27, 2025 (Dkt. No. 34 & 35).

19      WHEREAS, Defendant Taylor Woods filed his Answer to the Complaint on
20 February 26, 2025 (Dkt. No. 36).

21      WHEREAS, pendency of the motion to stay and the stay delayed Defendant
22 Taylor Woods Answer to the Complaint by approximately 16 weeks.

23      WHEREAS, the proposed dates contained in the parties' Joint Rule 26(f)
24 Discovery Plan did not account for the time the matter was stayed and rather conformed
25 with the timing set forth in the Court's Schedule of Pretrial and Trial Dates Worksheet
26 (Dkt. No. 28).

27      WHEREAS, on February 28, 2025, the Court adopted the parties proposed

28

1  schedule (Dkt. No. 37).

2      WHEREAS, the parties have produced to each other over 208,000 documents/files
3  which amount to approximately 1.4 million pages.

4      WHEREAS, the parties are working in good faith to resolve outstanding discovery
5  issues.

6      WHEREAS, an extension of all Pretrial and Trial dates by 12 weeks would place
7  the parties closer to position they would have been in had this matter not been stayed.

8      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the
9  Parties, subject to the Court's approval, as follows:

10     All Pretrial and Trial Dates are Extended by 12 weeks as set forth in the table
11 below:

| Trial and Final Pretrial Conference Dates | Court Order |
|---|---|
| Jury Trial<br>(**_Tuesday_** at 9:00 a.m.)<br>Estimated Duration: 8-10 Days | 05/05/2026 |
| Final Pretrial Conference ("FPTC") [L.R. 16]<br>(**_Tuesday_** at 10:00 a.m.) | 04/14/2026 |
| Hearing on Motions In Limine | 04/17/2026 |
| **Event** | **Court Order** |
| Fact Discovery Cut-Off<br>**(no later than deadline for _filing_ dispositive motion)** | 11/11/2025 |
| Expert Disclosure (Initial) | 11/18/2025 |
| Expert Disclosure (Rebuttal) | 12/02/2025 |
| Expert Discovery Cut-Off | 12/16/2025 |
| ast Date to _**Hear**_ Motions | 02/10/2025 |
| Deadline to Complete Settlement Conference [L.R.16-15]<br>• ADR Selection:<br>   [ ] 1. Magistrate Judge<br>   [x] 2. Court's Mediation Panel<br>   [ ] 3. Private Mediation | 03/17/2026 |

| Trial Filings (first round)<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R.16-4]<br>• Witness Lists [L.R.16-5]<br>• Joint Exhibit List [L.R.16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R.52] *(court trial only)*<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | 03/31/2026 |
|---|---|
| Trial Filings (second round)<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R.16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 04/14/2026 |

Dated: May 30, 2025    By:    /s/ Derek Bentsen
Derek Bentsen
Edward Gerard
Matthew Reisig
Donald Searles
Attorneys for Plaintiff
Securities and Exchange Commission

/s/ Daniel Arshack
Daniel Arshack
Attorney for Defendant Taylor Woods

/s/ Andrew Holmes
Andrew Holmes
Attorney for Defendant Howard Wu